BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**CHAIM LOWENSTEIN, ("Plaintiff Lowenstein") Pro-Se,**
1973 60th Street, 126 Brooklyn, NY 11204 (347) 680-4861
**Plaintiff(s),**

vs.

CASE NUMBER: 08CV4730
THE HONORABLE JUSTICE, TOWNES
DECK TYPE Pro-Se
DATE STAMP: 11/17/2008
<u>JURY DEMAND</u>

**TOM KANE, JR., ("Defendant Kane")**
1446 Clippership Bay
Woodbury, MN 55125
(651) 247-1011, (651) 731-3491

**DIETZ-KANE & ASSOCIATES**
**INSURANCE AGENCY, INC., ("Defendant Dietz-Kane")**
674 6th Street, East
St. Paul, MN 55106
(651)774-1304

**THE GO DADDY GROUP, INC, D/B/A – and**
**GODADDY.COM, INC., & BLUE RAZOR DOMAINS, INC., ("Defendant GODADDY")**
14455 North Hayden Road  Scottsdale, AZ 85260
(480) 505-8800

**JOHN DOE**, that entity or person that had control of the websites and domain names where plaintiff was injured,
**JANE DOE**, that entity or person that had control of the websites and domain names where plaintiff was injured,

**Defendant(s).**

Honorable Sandra Townes
Federal District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Townes,

I am writing to ask you to expedite the personal service on the defendants in the above case. Also, can you include the Motion for Preliminary Injunction & TRO so that I do not have to mail them a copy for which I have already done.

Sincerely,

*Chaim Lowenstein*

CHAIM LOWENSTEIN, Pro Se