Nicholas J. DiCarlo (NY Bar No. 2296523)
Admitted in New York and the Eastern District of New York
**DiCarlo Caserta & Phelps PLLC**
ATTORNEYS AT LAW
8171 East Indian Bend Rd., Suite 100
Scottsdale, AZ 85250
TELEPHONE (480) 222 0914
FAX (480) 222-0955
*Attorneys for Defendants The Go Daddy Group, Inc., GoDaddy.com, Inc. and Blue Razor Domains, Inc.*

DOCKET & FILE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM LOWENSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>TOM KANE, JR., DIETZ-KANE & ASSOCIATES INSURANCE AGENCY, INC., and THE GO DADDY GROUP, INC, d/b/a – and GODADDY.COM, INC. & BLUE RAZOR DOMAINS, INC.<br><br>Defendants. | Docket No. CV 08-4730 (SLT)(LB)<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS THE GO DADDY GROUP, INC., GODADDY.COM, INC. AND BLUE RAZOR DOMAINS, INC. TO RESPOND TO AMENDED COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION |

WHEREAS, Defendants The Go Daddy Group, Inc., GoDaddy.com, Inc. and Blue Razor Domains, Inc. (collectively hereinafter "Defendants") and Plaintiff, Chaim Lowenstein, ("Plaintiff"), by and through undersigned counsel, hereby move this Court for an Order (1) extending the Defendants' time to answer, move, or otherwise respond to the Amended Complaint through and including March 17, 2009; and (2) extending the time for the Defendants to respond to Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order through March 17, 2009. The reasons supporting the requested relief are set forth below.

The application is ✓ granted. ___ denied.
SO ORDERED.
s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: March 4, 2009
Brooklyn, New York

The Parties have agreed to a 30-day extension of time to allow Plaintiff's newly hired counsel sufficient time to evaluate and appear in the case and decide whether the Amended Complaint needs to be amended.

The extension of time will allow the Parties and their respective attorneys to try and resolve the dispute.

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and between the undersigned Parties hereto, as follows:

1. The times for Defendants to answer, move or otherwise respond to the Amended Complaint in this action and to respond to the Injunction Motion are hereby extended from February 17, 2009 to and including March 17, 2009.

2. The foregoing is the second extension request of the time to respond to the Summons and Complaint and Injunction Motion. No other scheduled dates will be affected by the granting of this extension.

**RESPECTFULLY SUBMITTED** this 11th day of February, 2009

                         **DiCarlo Caserta & Phelps, PLLC**

                         /s/ Nicholas J. DiCarlo
                         Nicholas J. DiCarlo
                         Admitted in New York State and the
                            Eastern District of New York
                         8171 E. Indian Bend Rd., Ste. 100
                         Scottsdale, Arizona 85250
                         (480) 222-0914
                         *Attorneys for Defendants The Go Daddy Group, Inc., GoDaddy.com, Inc. and Blue Razor Domains, Inc.*

                         /s/ Chaim Lowenstein,
                         Chaim Lowenstein, *pro se*
                         1937 60th Street, 126
                         Brooklyn, NY 11204
                         (347) 680-4861